UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEARNING RESOURCES, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No: 1:18-cv-5863 |
| EDUCATION.COM HOLDINGS, INC. | ) ) ) |
| *Defendant*. | ) **Jury Trial Demanded** |

## NOTICE OF AFFILIATES

The undersigned, counsel of record for Plaintiff Learning Resources, Inc. ("Learning Resources") submit the following *Notice of Affiliates* in compliance with Federal Rule Civil Procedure 7.1 and Local Rule 3.2:

1. The full name of every party or amicus the undersigned attorney represents in this case is as follows:

Learning Resources, Inc.

2. If such party is a corporation, its parent corporate and a list of corporate stockholders which are publicly held companies owning 5 percent or more of the stock of the party or stock if it is a publicly held company is as follows:

| Plaintiff | Parent Corporation or any publicly held corporation owning 5% or more of its stock |
|---|---|
| Learning Resources, Inc. ("Learning Resources") | Learning Resources certifies that it has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 5% or more of Learning Resources' stock. |

3. The law firm appearing for Plaintiff is as follows:

    Michael Best & Friedrich LLP
    444 West Lake Street, Suite 3200
    Chicago, Illinois 60606

Dated: August 27, 2018                                 */s/ Arthur Gollwitzer III*

                                                   Arthur Gollwitzer III (6225038)
                                                   agollwitzer@michaelbest.com
                                                   Larry L. Saret (2459337)
                                                   llsaret@michaelbest.com
                                                   Mircea A. Tipescu (6276053)
                                                   matipescu@michaelbest.com
                                                   MICHAEL BEST & FRIEDRICH LLP
                                                   444 West Lake Street, Suite 3200
                                                   Chicago, Illinois 60606
                                                   Telephone: 312.222.0800
                                                   Facsimile: 312.222.0818

                                                   Attorneys for Plaintiff